PRAECIPE FOR WARRANT



IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 3:21cr28 CWR-FKB

NANCY W. NEW
(wherever found)

The Clerk of this Court will issue a warrant, an indictment against the above-named defendant having been filed in the above-entitled cause on the 16th day of March, 2021.

This the 16th day of March, 2021.

DARREN J. LAMARCA
Acting United States Attorney

By: _____
DAVID H. FULCHER
Assistant United States Attorney
MS Bar No.: 10179

Warrant issued:_____

(DHF/FBI)