IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

v.	CRIMINAL NO. 3:21-cr-028-CWR-LGI

NANCY W. NEW et al.

## NOTICE

Defendants are in receipt of a check in the amount of $2953 in insurance premiums refunded to Avalon Holdings, LLC, a company in which Defendants have an interest.

The Court has authorized the Clerk of the Court to accept prejudgment payments from Defendants [55].

Defendants hereby give notice of deposit of $2953 with the Clerk of the Court to hold until these funds are ordered withdrawn and applied to any monetary penalties the Court may impose on Defendants. *See* "Receipt," Ex. 1.

Dated: July 10, 2024

Respectfully submitted,

/s/ Thomas G. Bufkin
_____
Thomas G. Bufkin, MSB # 10810

Thomas G. Bufkin, MSB # 10810
CARROLL BUFKIN, PLLC
1076 Highland Colony Parkway, Ste 125
Ridgeland, Mississippi  39157
Tel. (601) 982-5011
tgb@carrollbufkin.com